```
DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN, DC Bar #446153
Assistant Federal Defender
Designated Counsel for Service
MEAGAN E. MELANSON
Chief Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
WILLIAM E. HENDRICKS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-CR-0243-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | JUDGMENT AND SENTENCING AND |
| | ) | BRIEFING SCHEDULE |
| WILLIAM E. HENDRICKS, | ) | |
| | ) | |
| Defendant. | ) | Date: December 6, 2007 |
| | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Hon. Kimberly J. Mueller |

    IT IS HEREBY STIPULATED and agreed to between the United States of America, by and through its undersigned counsel, Matthew Stegman, Assistant United States Attorney, and the defendant, William E. Hendricks, by and through undersigned counsel, Lexi Negin, Assistant Federal Defender, that the previously set Judgment and Sentencing and Briefing Schedule should be amended as follows:

| Briefing Schedule | OLD | NEW |
|---|---|---|
| Draft Presentence Report due | 09/20/07 | 11/01/07 |

|   |                                   |          |          |
|---|-----------------------------------|----------|----------|
| 1 | Written Informal Objections due   | 10/04/07 | 11/15/07 |
| 2 | Final Presentence Report due      | 10/11/07 | 11/22/07 |
| 3 | Motion to Correct due             | 10/18/07 | 11/29/07 |
| 4 | Judgment/Sentencing               | 10/25/07 | 12/06/07 |

5   The reason for this continuance is to allow the defense to amass
6 materials pertinent to sentencing, and to provide Probation with
7 materials pertinent to its creation of Mr. Hendricks's Presentence
8 Report.
9   Since Mr. Hendricks has already entered his guilty plea, the court
10 ///
11 ///
12 ///

Stip & Order to Cont J&S           -2-

need not exclude time under the Speedy Trial Act.

     Probation has been informed of this revision, and consents to it.

Dated:   September 17, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lexi Negin
_____
LEXI NEGIN
Assistant Federal Defender

MEAGAN E. MELANSON
Chief Certified Student Attorney

Attorney for Defendant
WILLIAM E. HENDRICKS

Dated:   September 17, 2007

McGREGOR W. SCOTT
United States Attorney

/s/ Matthew Stegman
_____
MATTHEW STEGMAN
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: September 20, 2007.

_____
U.S. MAGISTRATE JUDGE

Stip & Order to Cont J&S              -3-